IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE E. MORRISON,<br><br>    Defendant. | 8:25CR48<br><br>**FINAL ORDER OF FORFEITURE** |

   This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing No. 39. Having reviewed the record in this case, the Court finds as follows:

   1. On September 2, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in any firearms and ammunition involved in the commission of the offense, including a HS Produkt (IM METAL) Hellcat 9mm handgun. Filing No. 28.

   2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 6, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on November 6, 2025. Filing No. 38.

   3. The United States advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

   4. The Motion for Final Order of Forfeiture should be granted.

THEREFORE, IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 39) is granted;

2. All right, title and interest in and to any firearms and ammunition involved in the commission of the offense, including the HS Produkt (IM METAL) Hellcat 9mm handgun seized from the Defendant on or about November 7, 2024, held by any person or entity are forever barred and foreclosed;

3. Any firearms and ammunition involved in the commission of the offense, including the HS Produkt (IM METAL) Hellcat 9mm handgun is forfeited to the Government; and

4. The Government is directed to dispose of any firearms and ammunition involved in the commission of the offense, including the HS Produkt (IM METAL) Hellcat 9mm handgun in accordance with the law.

Dated this 7th day of November, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge